LILLY BRENNAN ET AL., PLAINTIFFS-APPELLANTS, v. EMANUEL E. KATZ, INCORPORATED, DEFENDANT-RESPONDENT.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Martin Bloom*.

For the respondents, *Daniel De Brier*.

PER CURIAM.

The facts in this cause bring it within and it is controlled by the conclusions of this court in *DenBraven* v. *Public Service Electric and Gas Co. et al.*, 115 *N. J. L.* 543.

Finding no error in the proceedings below the judgment under review is affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   13.

*For reversal*—None.